PER CURIAM.
Affirmed. See generally Brooks v. Miami Bank & Trust Co., 116 Fla. 589, 156 So. 757 (Fla.1934); Fulmer v. Northern Central Bank, 386 So.2d 856 (Fla. 2d DCA 1980), rev. denied, 394 So.2d 1152 (Fla.1981); Winfield v. First New Haven National Bank, 392 So.2d 957 (Fla. 4th DCA 1980); Fontainebleau Hotel Corp. v. Walters, 246 So.2d 563 (Fla.1971); Feller v. Eau Gallie Yacht Basin Inc., 397 So.2d 1155 (Fla. 5th DCA 1981). See also 24 Am.Jur.2d, Dismissal, Discontinuance and Nonsuit, § 64 (1983). We do not consider Isle of Sandalfoot Contractors, Inc. v. Jess Leisch-General Contractors, Inc., 426 So.2d 1223 (Fla. 4th DCA 1983), Frugoli v. Winn-Dixie Stores, Inc., 464 So.2d 1292 (Fla. 1st DCA 1985), and GAC Corp. v. Beach, 308 So.2d 550 (Fla. 2d DCA 1975), to be controlling here.
STONE and WARNER, JJ., concur.
WALDEN, J., dissents without opinion.